UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
OCT 27 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA EVA VELEZ,<br><br>Defendant. | Case No. 2:17-cr-00195-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MARIA EVA VELEZ,

Case No. 2:17-cr-00195-JAM Charge 18 § 371.F , from custody

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $   $_____

**X** Unsecured Appearance Bond $ $50,000

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

**X** (Other): with pretrial supervision and conditions of release as stated on the record in open court.

Issued at Sacramento, California on October 27, 2017 at 11:00am

By: _____

Magistrate Judge Gregory G. Hollows